# United States District Court

_____ DISTRICT OF _Massachusetts_

Pre-Trial Services
(617) 223-4213    Room 802

UNITED STATES OF AMERICA

v.

## ORDER SETTING CONDITIONS OF RELEASE

_Francis P Salemme, JR_
_(Frank)_    Defendant

Case Number: _CR 92-10179-K_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(X) (3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _US District Court_
                                                                                                                                              Place
_Boston, MA_ on _July 28, 1992 at 2pm for_
                    Date and Time
_Arraignment, Courtroom A 9th floor    or as otherwise directed_

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY — COURT    YELLOW — DEFENDANT    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHAL